# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

Debtor ENISA CIRKIC

Bankruptcy Case No. 99-23936

## ORDER

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 2,326.26 to G. JOSEPH KELLAR claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN 2151.

_____
Carol A. Doyle
United States Bankruptcy Judge

Dated: 11/13/08

Payment to be mailed to:

ORIGINAL

Rev. 09-19-08rj